IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARK SOLIMAN,**

    Plaintiff,

vs.                                       CASE NO. 1:09CV107-MP/AK

**THE CROSSING AT BAY MEADOWS,**

    Defendant.

_____/

## AMENDED ORDER

The reference to the date of filing in the previous Order regarding service was incorrect. The correct date is April 27, 2009.

**DONE AND ORDERED** this __11th__ day of May, 2009.


                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**