IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK SOLIMAN,

    Plaintiff,

v.                                           CASE NO. 1:09-cv-00107-MP-AK

THE CROSSINGS AT BAY MEADOWS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that this action be dismissed for lack of jurisdiction. No party has filed an objection to the Report, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this action must be dismissed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The Motion to Dismiss (Doc. 9) is GRANTED, and this action is DISMISSED without prejudice for lack of jurisdiction. The Clerk is directed to close the file.

**DONE AND ORDERED** this _30th_ day of July, 2009

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge